

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2015

No. 04-15-00329-CV

Michael E. **GEIGER**,
Appellant

v.

Paul A. **HAMPEL**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-13615
Honorable Renee Yanta, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

We order that no costs be assessed against appellant Michael E. Geiger because he is indigent.

It is so **ORDERED** on July 15, 2015.

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of July, 2015.

Keith E. Hottle, Clerk